IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY MORROW,

    Petitioner,

v.                                                  CASE NO. 4:05-cv-00115-MP-AK

MILDRED RIVERA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of Magistrate Judge Kornblum, recommending that the Petition for Writ of Habeas Corpus, Doc. 1, be denied and that this cause be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation Wednesday, April 6, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The Petition for Writ of Habeas Corpus, Doc. 1, is DENIED and this cause is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this  *17th*   day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge